IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**REBECCA WILSON**                                                         **PLAINTIFF**

**v.**                                               **CIVIL NO. 1:21-cv-138-HSO-RHWR**

**BAY TOWER APARTMENTS, JEAN
JOLLY, & MELISSA MILLER**                                    **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order entered this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE.**

**IT IS, FURTHER, ORDERED AND ADJUDGED,** that Defendant Bay Tower Apartments's Motion [8] to Dismiss is **DENIED AS MOOT.**

**SO ORDERED AND ADJUDGED,** this the 10th day of March, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE